IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00007-RPM

PATRICK QUINN,

    Plaintiff,

vs.

FAST401K, INC.,

              Defendant.

---

ORDER GRANTING MOTION TO WITHDRAW

---

    Upon consideration of the Motion to Withdraw Kimberly M. DeShano's Appearance for Defendant (Doc. #7), filed on January 12, 2007, it is

    ORDERED that the motion is granted and Kimberly M. DeShano is relieved of any further responsibilities in this matter.

    Dated: January 16th , 2007

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge