IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00007-RPM

PATRICK QUINN,

    Plaintiff,

vs.

FAST401K, INC.,
               Defendant.

---

ORDER DENYING MOTION TO INTERVENE

---

    This civil action has been at issue since January 10, 2007, when the defendant filed its answer and counterclaim. A scheduling conference was convened on February 23, 2007, with a scheduling order entered, providing that discovery is to be completed by August 15, 2007. On April 17, 2007, EPS of Colorado, LLC, filed a motion for intervention to intervene as a counterclaimant. Upon review of the proposed pleading, the Court finds and concludes that this untimely attempt at intervention is not necessary because the defendant in its counterclaim has raised the issue of the failure of the plaintiff to execute a subordination agreement to senior debt and the proposed intervenor's interests are fully protected by the defendant. Accordingly, it is

    ORDERED that the motion to intervene is denied.

    Dated: May 25, 2007

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge