IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                January 25, 2008
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 07-cv-0007-RPM

| | |
|---|---|
| PATRICK QUINN, | Stanley Garnett |
| | Annie Kao |
| Plaintiff, | |
| v. | |
| FAST 401K, INC., | Mikaela Rivera |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**2:53 p.m.     Court in session.**

Defendant's client representative Daniel Gutrich present.

Court's preliminary remarks and its summary of the case.

2:57 p.m.     Argument by Mr. Garnett.

Mr. Garnett states discovery is completed and the case is ready to be set for trial.

3:02 p.m.     Argument by Ms. Rivera.

Ms. Rivera states defendant is currently still in business.

**ORDERED:** Plaintiff's Motion for Summary Judgment, filed September 14, 2007 [22], is granted.  Judgment will enter for plaintiff.  Plaintiff will submit monetary calculations with interest through January 28, 2008. Case will proceed to trial on defendant's counterclaim.

**ORDERED:** Defendant's Motion for Partial Summary Judgment, filed September 17, 2007 [23], is denied.

**ORDERED:** One day trial to Court scheduled April 17, 2008 at 9:00 a.m.
Joint proposed pretrial order to be submitted in paper format to chambers by 4:00 p.m. April 10, 2008.

**3:11 p.m.     Court in recess.**          Hearing concluded.  Total time: 18 min.