IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00007-RPM

PATRICK QUINN,

    Plaintiff,

vs.

FAST401K, INC.,
                Defendant.

## ORDER SETTING TRIAL DATE

Pursuant to the hearing convened today, it is

ORDERED that this matter is set for trial to the Court on defendant's countrclaim on **April 17, 2008, at 9:00 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: January 25, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge