# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-0007-RPM

APR 16 2008

PATRICK QUINN,

    Plaintiff,

vs.

FAST401K, INC.,

    Defendant.

## STIPULATION FOR ENTRY OF FINAL JUDGMENT

On January 28, 2008 the Court entered Judgment in favor of Plaintiff, Patrick Quinn and against Defendant Fast401K on Plaintiff's breach of contract claim, and entered judgment in the amount of $646,216.67, which included interest through January 28, 2008, plus attorneys' fees and costs in an amount to be determined at a later date.

Since that time, the parties have reached a full and final settlement of the above-entitled matter, and therefore, THE PARTIES hereby stipulate to entry of the following, final judgment, effective April 17, 2008:

It is ORDERED and ADJUDGED as follows:

(1) Judgment hereby enters in favor of Plaintiff Patrick Quinn and against Defendant Fast401K, Inc., on Plaintiff's breach of contract claim.

(2) The counterclaims filed by Defendant Fast401K, Inc. for breach of contract and declaratory judgment, are hereby DISMISSED WITH PREJUDICE.

(3) Judgment hereby enters in favor of Plaintiff Patrick Quinn and against Defendant

Fast401K, Inc. in the amount of $720,216.67, which amount represents $658,216.67 in principal and interest, plus an award of attorneys' fees and costs in the amount of $62,000.

STIPULATED AND APPROVED BY THE PARTIES:

| s/ Stanley L. Garnett | s/ David P. Hutchinson |
|---|---|
| Stanley L. Garnett, #12282<br>Christopher C. Zenisek, #34093<br>Brownstein Hyatt Farber Schreck, P.C.<br>410 Seventeenth Street, Suite 2200<br>Denver, CO 80202<br>Telephone: 303 223 1100<br>Facsimile: 303 223 1111<br>sgarnett@bhfs.com<br>czenisek@bhfs.com | Darrell G. Waas, #10003<br>David P. Hutchinson, #19814<br>Mikaela V. Rivera, #34085<br>Otten, Johnson, Robinson, Neff &<br>  Ragonetti, P.C.<br>950 Seventeenth Street, Suite 1600<br>Denver, CO 80202<br>Telephone: 303 825 8400<br>Facsimile: 303 825 6525<br>dhutchinson@ottenjohnson.com |
| **ATTORNEYS FOR PLAINTIFF PATRICK QUINN** | **ATTORNEYS FOR DEFENDANT FAST401K, INC.** |

The foregoing stipulation is hereby approved and made an order and judgment of this Court.

Dated this 15 day of April, 2008.

The Honorable Judge Richard P. Matsch
U.S. District Court for the District of Colorado

11383\1\1144841.1